# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-2839
_____

FREDERICK LANE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Steven B. Whittington, Judge.

April 11, 2018

PER CURIAM.

AFFIRMED.

LEWIS, ROBERTS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Frederick Lane, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Holly N. Simcox, Assistant Attorney General, Tallahassee, for Appellee.